UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZIYAO JIANG,

                    Plaintiff,

          -against-

PICEA, ET AL.,

                    Defendants.

25-CV-10748 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On June 9, 2025, the Court barred Plaintiff from filing any new civil action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Jiang v. North Shore Univ. Hosp.*, No. 25-CV-3814 (LTS) (S.D.N.Y. June 11, 2025). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the June 9, 2025 order.

The Court directs the Clerk of Court to terminate Plaintiff's "motion to freeze assets," filed at ECF 3.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated:    January 8, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge